UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO M. LOVE, | No. 2:20-cv-0385 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| SUSAN PERRY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On April 24, 2020, plaintiff filed a first amended complaint. (ECF No. 11.) In a screening order filed on May 11, 2020, this court found plaintiff stated a cognizable claim against one defendant and gave plaintiff sixty days to either inform the court that he wishes to proceed on that one claim or to file a second amended complaint. (ECF No. 12.)

On May 18, 2020, the court received a second copy of plaintiff's first amended complaint. (ECF No. 13.) While it is identified on the docket as a second amended complaint, it is, in fact, identical to plaintiff's April 24 first amended complaint. The court assumes it was filed in error.

////
////
////
////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's filing of May 18, 2020 (ECF No.
2   13) be stricken from the docket.

3   Dated:  June 1, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/love0385.sac strk