UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO M. LOVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUSAN PERRY, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-0385 JAM DB P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On screening plaintiff's first amended complaint, this court found plaintiff stated a potentially cognizable claim against defendant Brewer for a violation of plaintiff's rights to equal protection of the laws. This court further found that plaintiff failed to state any other claims. (ECF No. 12.) Plaintiff was given the option of proceeding on his claim against Brewer or amending his first amended complaint. Plaintiff has chosen to proceed on his equal protection claim against Brewer and recognizes that his remaining claims and defendants will be dismissed.[1] (ECF No. 15.)

Accordingly, IT IS HEREBY RECOMMENDED that:

////

---

[1] By separate order, this court will order service of the complaint on defendant Brewer.

1

1. Plaintiff's claims against defendants Perry, Griffith, Cox, and the California Correctional Center be dismissed;

2. Plaintiff's First Amendment claim against Brewer be dismissed; and

3. This case proceed solely on plaintiff's claim in his first amended complaint that defendant Brewer violated his rights to equal protection of the laws.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 25, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/love0385.scrn fr