UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO M. LOVE,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSAN PERRY, et al.,<br><br>    Defendants. | No. 2:20-cv-0385 JAM DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 26, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 26, 2020 (ECF No. 16) are adopted in full;

1

2. Plaintiff's claims against defendants Perry, Griffith, Cox, and the California Correctional Center are dismissed; and

3. Plaintiff's First Amendment claim against defendant Brewer is dismissed.

DATED: August 24, 2020

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE