UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO M. LOVE,<br><br>               Plaintiff,<br><br>     v.<br><br>SUSAN PERRY, et al.,<br><br>               Defendants. | No.  2:20-cv-0385 JAM DB P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se.  Plaintiff has filed a motion to compel witness attendance at trial and a pretrial statement.  (ECF No. 31.)  Those motions are premature.  Plaintiff is advised that, pursuant to this court's Discovery and Scheduling Order, a pretrial statement is only filed if this case proceeds to trial and this court has ordered the parties to file pretrial statements.  (See ECF No. 30 at 1.)  In addition, the Discovery and Scheduling Order specifies that motions for the attendance of witnesses should be filed with the pretrial statement.  (Id. at 2-3.)

      This case is not proceeding to trial at this time.  Rather, this case is currently in the discovery phase.  Dispositive motions are not due until June 11, 2021.  (See ECF No. 30 at 6.)  If this case is not resolved by a dispositive motion, then a trial date may be set.

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel witness attendance (ECF No. 31) is denied without prejudice to its renewal at a later time. In addition, plaintiff's pretrial statement filed January 15, 2021 will be disregarded.

Dated: January 21, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/love0385.pts premature