UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELO M. LOVE,

           Plaintiff,

    v.

BREWER,

           Defendant.

No. 2:20-cv-0385 JAM DB P

ORDER

       Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. This case is proceeding on plaintiff's claim that defendant Brewer violated his rights to equal protection of the laws by discriminating against plaintiff on the basis of his race and religion. In a document filed February 1, 2021, plaintiff sought the "attendance" of witnesses. (ECF No. 33.) In an order filed March 17, this court construed plaintiff's request as one to communicate with inmate witnesses. (ECF No. 36.) This court ordered plaintiff to provide information within twenty days to permit this court to consider plaintiff's request.

       Twenty days have passed and plaintiff has not responded to the court's March 17 order. Plaintiff's request will be denied without prejudice to its renewal at a later date. Any renewed motion must include the information the court explained it requires - whether plaintiff has asked the prison to permit him to communicate with the inmate witnesses and whether, if he has, that request was denied

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to communicate with witnesses (ECF No. 33) is denied without prejudice.

Dated: May 3, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/civil rights/s/love0385.wit comm(2)