UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO M. LOVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUSAN PERRY, et al.,<br><br>　　　　Defendants. | No.  2:20-cv-0385 JAM DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 16, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 16, 2022 (ECF No. 43) are adopted in full;

2. Defendant Perry is dismissed from this action based on the reasoning set out in the March 26, 2020 screening order and on plaintiff's decision not to include Perry as a defendant in his first amended complaint; and

3. Defendant Brewer's motion for summary judgment (ECF No. 38) is granted.

Dated:  May 11, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE